# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

IN RE: Tina R. Pemberton                                  Case   15-10832

                                                          Chapter 13

## NOTICE OF CHAPTER 13 PLAN PAYMENT CHANGE

NOW INTO COURT comes Todd S. Johns, Chapter 13 Trustee, and gives notice of the following change in the debtor's mortgage and future Chapter 13 plan payments, respectfully as follows:

1. A Notice of Mortgage Payment Change was filed on April 02, 2020 by CALIBER HOME LOANS, INC. This notice states that the mortgage payment will change to the amount of $400.71 on **May 2020**.

2. In order to satisfy the changing monthly mortgage payment, the Chapter 13 Trustee will adjust the monthly Chapter 13 plan payment.

3. The new Chapter 13 plan payment will be $1,883.46 beginning with the May 2020 payment. The adjustment is the amount of payment change required by the Notice of Mortgage Payment Change plus applicable Chapter 13 Trustee fee.

4. The debtor(s) and counsel for the debtor(s) are required to make the adjusted payment to the Trustee in a timely manner.  If a change in payroll deduction is necessary, the Trustee shall submit a Pay Wage Order to adjust the payroll deduction amounts to provide for the adjusted plan payment.

5. If debtor(s) or counsel for the debtor(s) oppose the changes provided in the present notice and/or the Notice of Mortgage Payment Change, and/or the amendment to the Wage Order made by the Chapter 13 Trustee they may seek a stay of the Chapter 13 Plan Payment Change and/or the amendment to the Wage Order by timely filed motion and order.

Dated April 23, 2020                                      Respectfully submitted,

                                                          TODD S. JOHNS
                                                          STANDING CHAPTER 13 TRUSTEE
                                                          /s/Todd S. Johns
                                                          PO Box 1770
                                                          Shreveport, LA 71166
                                                          Phone(318) 673-8244

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that **o**nApril 23, 2020  a true and correct copy of the foregoing Trustee's Notice of Chapter 13 plan payment change has been served on the debtor (s) ***at the address listed below,***  by placing of the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

    ***/s/Todd S. Johns***

Tina R. Pemberton
817 N. Lakewood Drive
Shreveport, LA  71107